1  Marc V. Kalagian
   Attorney at Law: 149034
2  Law Offices of Rohlfing & Kalagian, LLP
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562)437-7006
4  Fax: (562)432-2935
   E-mail: rohlfing.kalagian@rksslaw.com
5
   Attorneys for Plaintiff
6  Patricia Salazar

7

8                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

   PATRICIA SALAZAR,                  )  Case No.: SA CV 14-01385-KS
11                                     )
            Plaintiff,                 )  {PROPOSED} ORDER AWARDING
12                                     )  EQUAL ACCESS TO JUSTICE ACT
       vs.                             )  ATTORNEY FEES AND EXPENSES
13                                     )  PURSUANT TO 28 U.S.C. § 2412(d)
   CAROLYN W. COLVIN, Acting          )  AND COSTS PURSUANT TO 28
14 Commissioner of Social Security,    )  U.S.C. § 1920
                                       )
15          Defendant                  )
                                       )
16 _____   )

17

18      Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, Costs, and Expenses:

20      IT IS ORDERED that fees and expenses in the amount of $4,400.00 as

21 authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

   DATE:      December 22, 2015
22
                               _____/s/_____
23                             THE HONORABLE KAREN L. STEVENSON
                               UNITED STATES MAGISTRATE JUDGE
24

25

26

                                      -1-